UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Lucille Clement</u>

        v.                        Case No. 08-cv-384-SM

<u>GE Group Life Assurance Company</u>

O R D E R

TO: Plaintiff, Lucille Clement

Court records indicate the withdrawal of your attorney Vicki S. Roundy, Esq.

You are herewith directed to advise this court by February 17, 2009, of the name of a new attorney or, in the alternative, of your decision to appear pro se (without counsel).  *See* Local Rule 83.6(b) and (d).  Understand that you are under no obligation to retain counsel; you may prosecute this case yourself.

If no new appearance or other response is received within the time specified, the file will be referred to a judicial officer for further action, which may include a dismissal of the case.

                          By the Court,

                          /s/ Judith A. Barrett

January 26, 2009                    _____
                                     Judith Barrett
                                     Deputy Clerk

cc:    Lucille Clement
       Christopher Flanagan, Esq.